IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Montgomery Division

CHARLES MEREDITH, JR.,

        Plaintiff,

v.

UNIFUND CCR PARTNERS,
et al.,

        Defendants.

Civil Action No.

2:08-cv-375-MEF-WC

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-styled action is hereby dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs.

Respectfully submitted,

CHARLES MEREDITH, JR.
Plaintiff
By Counsel

UNIFUND CCR PARTNERS
Defendant
By Counsel

CENTURION CAPITAL CORPORATION
Defendant
By Counsel

ZARZAUR & SCHWARTZ, P.C.
Defendant
By Counsel

SANDRA SIMPSON
Defendant
By Counsel

*Edward M Wayland*

Edward M. Wayland, Esq.
AOC # WAY004
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
(334) 201-3345
(334) 460-8760 (fax)
e-mail: edwayland@yahoo.com

Counsel for Plaintiff
CHARLES MEREDITH, JR.

*John David Owen* 8/6/09

John David Owen, Esq.
AOC #OWE029
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000
(205) 521-8800 (fax)
e-mail: jowen@babc.com

Counsel for Defendant
UNIFUND CCR PARTNERS

*L. Jackson Young, Jr. / by jdo with express permission*
*8/12/09*

L. Jackson Young, Jr.
AOC #YOU035
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
ljy@ffd-law.com
Attorney for Defendant
CENTURION CAPITAL CORPORATION

2

James R. Shaw, Esq.
AOC #SHA005
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
(205) 251-1193
(205) 251-1256 (fax)
e-mail:  jrs@hfsllp.com

Counsel for Defendants
ZARZAUR & SCHWARTZ, P.C. and
SANDRA SIMPSON

3